# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **CRIMINAL NO. 4:23-CR-96-ALM-KPJ** |
| **NATHAN PHILLIP WEBSTER** | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #16) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for term of twenty (20) months, to run consecutive to any other term of imprisonment, with no supervised release to follow. The Magistrate Judge further recommended that Defendant receive three hundred and seventy (370) days credit to his term of imprisonment for over-serving on his previous sentence.

Having received the Report of the United States Magistrate Judge (Dkt. #16) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #15), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to a term of twenty (20) months, to run consecutive to any other term of imprisonment, with no supervised release to follow. The Court further recommends that Defendant receive three hundred and seventy (370) days credit to his term of imprisonment for over-serving on his previous sentence. The Court further recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**SIGNED this 28th day of May, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE